UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 8A

| | |
|---|---|
| NOVOLEX D/B/A HILEX POLY CO., LLC, et al., <br><br>                    Plaintiff, <br><br> v. <br> UNITED STATES OF AMERICA, et al., <br><br><br>                    Defendant. | Court No. 19-00074 |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: December 5, 2024

J. Michael Taylor
———————————————
Attorney for Plaintiff

1700 Pennsylvania Avenue, NW
———————————————
Street Address

Washington, D.C. 20006
———————————————
City, State and Zip Code

(202) 737-0500
———————————————
Telephone No.

Beverly A. Farrell
———————————————
Attorney for Defendant

26 Federal Plaza
———————————————
Street Address

New York, NY 10278
———————————————
City, State and Zip Code

(212) 264-0483
———————————————
Telephone No.

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| Court No. 19-00074 | Novolex d/b/a Hilex Poly Co., LLC, et al |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated:    December 5, 2024

                                                                  Clerk, U. S. Court of International Trade

                                                     By:          /s/ Lewis Hugh
                                                                   Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)